**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| IN RE: JOHNSON & JOHNSON TALCUM POWDER PRODUCTS MARKETING, SALES PRACTICES, AND PRODUCTS LIABILITY LITIGATION | Civil No. 3:16-md-2738-MAS-RLS |

*This document relates to:*

Valerie Alvarez, Individually and as Representative of the Estate of Yvonne Martinez, Deceased v. Johnson & Johnson, et al.
Case No. 3:23-cv-20581-MAS-RLS

## NOTICE OF FILING

Notice is hereby given pursuant to Case Management Order No. 3 (Filing of Short Form Complaints) that the Short Form Complaint and Jury Demand was filed on September 22, 2023, on behalf of Plaintiff Yvonne Martinez.

**Dated: September 22, 2023**

Respectfully submitted,

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin
Texas Bar No. 24032461
Kurt B. Arnold
Texas Bar No. 24036150
Noah M. Wexler
Texas Bar No. 24060816
Caj Boatright
Texas Bar No. 24036237
Roland Christensen
Texas State Bar No. 24101222
Brittany Clark
Texas Bar No. 24066394
6009 Memorial Drive
Houston, Texas 77007
Telephone: (713) 222-3800

Facsimile: (713) 222-3850
jitkin@arnolditkin.com
karnold@arnolditkin.com
nwexler@arnolditkin.com
cboatright@arnolditkin.com
rchristensen@arnolditkin.com
bclark@arnolditkin.com
e-service@arnolditkin.com

***ATTORNEYS FOR PLAINTIFF***

<u>**CERTIFICATE OF SERVICE**</u>

I hereby certify that on September 22, 2023, a copy of the foregoing NOTICE OF FILING was filed via the Court's CM/ECF electronic filing system.   Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt.   Parties may access this filing through the Court's system.

**ARNOLD & ITKIN LLP**

*/s/ Jason A. Itkin*
Jason A. Itkin